JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SCHLOMO SCHMUEL, an individual<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ASTON MARTIN LAGONDA, LIMITED, a foreign corporation; ASTON MARTIN LAGONDA OF NORTH AMERICA, INC., a Connecticut corporation; ASTON MARTIN THE AMERICAS, a California corporation; O'GARA COACH COMPANY, a California limited liability company, and DOES 1 to 50, inclusive<br><br>　　　　　Defendants. | CASE NO.: 2:15-cv-7614<br><br>(Los Angeles Superior Court - Case No. LC103309)<br><br>[PROPOSED] ORDER ON STIPULATION RE: REMAND OF PLAINTIFF'S ACTION TO THE LOS ANGELES COUNTY SUPERIOR COURT<br><br>Action Filed:　August 25, 2015<br>Trial:　　　　　None |

1 | The Court, having reviewed the parties' Stipulation Re: Remand of
2 | Plaintiff's Action to the Los Angeles County Superior Court, and good
3 | cause appearing, orders that this matter be, and is hereby, Plaintiff's action
4 | is hereby is remanded to the Los Angeles County Superior Court,
5 | Northwest Judicial District.

**IT IS SO ORDERED.**

DATED: October 23, 2015

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner, Judge